USDC SDNY
DOCUMENT
~~ONICALLY FILED
DATE FILED: 7/21/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MAURIZIO LUCCHI, as Trustee in bankruptcy of
FALLIMENTO LA FORLIVESE INFISSI SRL,   Docket No. 21-cv-10208

                Plaintiff,   **P~~ROPOSED~~ DEFAULT JUDGMENT**   LLS

    -against-

FA & PARTNERS, INC.,

                Defendant.
------------------------------------------------------------------------X

       This action having been commenced on December 1, 2021 by the filing of the Complaint, a Summons having been issued by this Court on December 2, 2021, and a copy of the Summons and Complaint having been personally served on the Defendant, FA & PARTNERS, INC., on January 18, 2022 by delivering copies of the Summons and Complaint to the Office of the Secretary of State of the State of New York; and proof of service having been filed on January 19, 2022, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired and the Clerk having noted Defendant's default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1; and based on the foregoing, it is

       ORDERED, ADJUDGED AND DECREED: that Plaintiff have judgment against Defendant in the liquidated amount of €1,399,414.81 with interest at 9% pursuant to N.Y. C.P.L.R. 5004 in the sum of €427,859.46 for a total of €1,827,274.27, which is the equivalent of $1,911,694.34 at the current market exchange rate of €1 = $1.0462 on June 15, 2022 at 8:00 am as published by the Wall Street Journal and pursuant to N.Y. Judiciary Law § 27(b), plus costs

and disbursements of this action in the amount of $559.00, amounting in all to $1,912,253.34.

Dated: New York, New York

~~June~~ July **20**, 2022

_Louis L. Stanton_
U.S.D.J.
